**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
MIGUEL SOTO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL SOTO,<br><br>     Plaintiff,<br><br>   vs.<br><br>WENGER PROPERTIES, LLC; and DOES 1 to 10,<br><br>     Defendants. | Case No.: 2:20-cv-06287 JAK (ASx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that MIGUEL SOTO ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

   (1)   *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

   (i)   A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

1 None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for
2 summary judgment.  Accordingly, this matter may be dismissed without an Order of the
3 Court.

5 DATED:  October 1, 2020          SO. CAL. EQUAL ACCESS GROUP

7                                  By:     */s/   Jason J. Kim*
8                                          Jason J. Kim, Esq.
                                           Attorneys for Plaintiff

2

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**